

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00141-CV

| | | |
|---|---|---|
| Cresson SWD Services, L.P. and DJ Pulling, P.C. | § | From the 415th District Court |
| | § | of Parker County (CV11-1146) |
| v. | § | November 26, 2014 |
| Basic Energy Services, L.P. | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Cresson SWD Services, L.P. and DJ Pulling, P.C. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
    Justice Bob McCoy